# United States Bankruptcy Court
## Southern District of New York

In re
Orly Genger

Bankruptcy Case No. 19-13895 (JLG)

Debtor(s)
Dalia Genger

Plaintiff(s)
ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER,
DAVID BROSER, ERIC HERSCHMANN,
THE GENGER LITIGATION TRUST,
ADBG LLC, TEDCO INC., and
DEBORAH PIAZZA as chapter 7 trustee

Adversary Proceeding No.

Defendant(s)

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

> **United States Bankruptcy Court, Southern District of New York
> One Bowling Green
> New York, New York 10004-1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> IRA DANIEL TOKAYER, ESQ.
> 420 Lexington Avenue, Suite 2400
> New York, New York 10170
> (212) 695-5250 (Telephone)
> (212) 695-5450 (Facsimile)
> imtoke@mindspring.com

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Room: |
| --- | --- |
| | Date and Time: |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/
_Clerk of the Bankruptcy Court_

By:  /s/

_Date_                                                                                  _Deputy Clerk_