**EMMET, MARVIN & MARTIN, LLP**
Beth C. Khinchuk
120 Broadway
New York, NY 10271
(212) 238-3000 (Telephone)
(212) 238-3100 (Facsimile)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>**ORLY GENGER,**<br><br>      Debtor. | Chapter 7<br><br>Case No: 19-13895-jlg |
| **DALIA GENGER,**<br><br>      Plaintiff,<br><br> v.<br><br>**ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,**<br><br>      Defendants. | Adv No: 20-1010 |

**CERTIFICATE OF SERVICE**

BETH C. KHINCHUK, of full age, hereby certifies and states:

I am an associate at Emmet, Marvin & Martin, LLP.

1.  Pursuant to FRCP 4 made applicable to these proceedings under FRBP 7004, on June 8, 2020, I served copies of the Amended Complaint, filed by Dalia Genger in this case on June 7, 2020, by first-class mail upon the following parties at the following addresses:

  a) Michael Bowen
     C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019

  b) Michael Bowen
     263 Pelhamdale Ave, Pelham, NY 10803

  c) Eric Herschmann
     C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019

  d) Eric Herschmann
     210 Lavaca St #1903, Austin, TX 78701

  e) Orly Genger
     210 Lavaca St #1903, Austin, TX 78701

  f) Yann Geron
     Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, NY 10022

  g) Rocco A. Cavaliere
     Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

  h) Deborah J. Piazza
     Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

  i) Deborah J. Piazza
     44 Rowe Pl, New Hyde Park, NY 11040

j) Arie Genger
   17001 Collins Ave., Unit 1104, Sunny Isles Beach, FL 33160

k) David Broser
   60 Harbor Ln, Roslyn, NY 11576

l) Arnold Broser
   5371 Fisher Island Dr., Miami, FL 33109

m) Genger Litigation Trust
   C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

n) ADBG LLC
   C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

o) ADBG LLC
   C/O Arnold Broser, 5371 Fisher Island Dr., Miami, Fl 33109

p) ADBG LLC
   251 Little Falls Drive, Wilmington, DE 19808

q) TEDCO, INC
   C/O Arnold Broser, 5371 Fisher Island Dr., Miami, FL 33109

r) TEDCO, INC
   C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

s) TEDCO, INC.
   251 Little Falls Drive, Wilmington, DE 19808

t) Genger Litigation Trust
   C/O Lance Harris, Stein & Harris, 1211 Avenue of the Americas, New York, NY 10036

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                */s/* Beth Khinchuk
                                                                BETH C. KHINCHUK

DATED: June 8, 2020