TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Jared C. Borriello

*Attorneys for Arie Genger*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
|                                                            :
In re:                                                       :    Chapter 7
                                                             :
ORLY GENGER,                                                 :    Case No. 19-13895 (JLG)
                                                             :
                 Debtor.                                  :
                                                             :
------------------------------------------------------------X
DALIA GENGER,                                                :
                                                             :
                 Plaintiff,                               :
  v.                                                         :    Adv. Pro. No. 20-01010 (JLG)
                                                             :
ORLY GENGER, MICHAEL BOWEN, ARIE                             :
GENGER, ARNOLD BROSER, DAVID                                 :
BROSER, ERIC HERSCHMANN, THE                                 :
GENGER LITIGATION TRUST, ADBG LLC,                           :
TEDCO INC., and DEBORAH PIAZZA as                            :
Chapter 7 Trustee,                                           :
                                                             :
                 Defendants.                              :
------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Arie Genger in the above-captioned adversary proceeding and, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings, motions, orders to show cause,

applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case be given and served upon:

> TOGUT, SEGAL & SEGAL LLP
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Attention:   Frank A. Oswald, Esq.
>              Jared C. Borriello, Esq.
> Telephone:   (212) 594-5000
> Facsimile:   (212) 967-4258
> Email:       frankoswald@teamtogut.com
>              jborriello@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of any hearings, conferences, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

DATED:  New York, New York
        June 25, 2020

> Respectfully submitted,
>
> TOGUT, SEGAL & SEGAL LLP
> *Attorneys for Arie Genger*
> By:
>
> */s/ Frank A. Oswald*
> FRANK A. OSWALD
> JARED C. BORRIELLO
> One Penn Plaza, Suite 3335
> New York, New York 10119
> (212) 594-5000