**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>ORLY GENGER,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 19-13895 (JLG) |
| DALIA GENGER,<br><br>                    Plaintiff<br><br>         v.<br><br>ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,<br><br>                    Defendants. | Adv. Pro. No. 20-01010 (JLG) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher Gartman of the law firm Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, an attorney admitted to practice in this Court, hereby appears in this action as counsel on behalf of Defendants Arnold Broser, David Broser, ADBG LLC, and Tedco, Inc., and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York  10004-1482
Attention:   Christopher Gartman, Esq.

97199487_2

**PLEASE TAKE FURTHER NOTICE** that service by e-mail should be made on the undersigned at the following address:

chris.gartman@hugheshubbard.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "<u>Filings</u>"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Arnold Broser, David Broser, ADBG LLC, or Tedco, Inc.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) a waiver of the right of Arnold Broser, David Broser, ADBG LLC, or Tedco, Inc. to contest service of any filing or (b) a consent by Arnold Broser, David Broser, ADBG LLC, or Tedco, Inc. to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to this action or any other action commenced against them.

| | |
|---|---|
| Dated:  New York, New York<br>June 25, 2020 | HUGHES HUBBARD & REED LLP<br><br>By: */s/ Christopher Gartman*<br>    Christopher Gartman<br><br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Tel: (212) 837-6000<br>Fax: (212) 422-4726<br>chris.gartman@hugheshubbard.com<br><br>*Attorneys for Defendants Arnold Broser,*<br>*David Broser, ADBG LLC, and Tedco,*<br>*Inc.* |

97199487_2