| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Frank A. Oswald<br>Jared C. Borriello | HEARING DATE:    7/21/2020 at 11:00 A.M.<br>OBJECTION DEADLINE:    7/14/2020 at 4:00 P.M. |

*Attorneys for Arie Genger*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re:                                                                          :    Chapter 7
:
ORLY GENGER,                                                        :    Case No. 19-13895 (JLG)
:
                      Debtor.                              :
:
------------------------------------------------------------X
DALIA GENGER,                                                     :
:
                      Plaintiff,                            :
:
        v.                                                              :    Adv. Pro. No. 20-01010 (JLG)
:
ORLY GENGER, MICHAEL BOWEN, ARIE  :
GENGER, ARNOLD BROSER, DAVID            :
BROSER, ERIC HERSCHMANN, THE            :
GENGER LITIGATION TRUST, ADBG LLC,  :
TEDCO INC., and DEBORAH PIAZZA as       :
Chapter 7 Trustee,                                                 :
:
                      Defendants.                     :
------------------------------------------------------------X

**NOTICE OF HEARING TO CONSIDER VARIOUS DEFENDANTS'
<u>MOTION TO DISMISS DALIA GENGER'S AMENDED COMPLAINT</u>**

TO THE HONORABLE JAMES L. GARRITY, JR.,
UNITED STATES BANKRUPTCY JUDGE:

        **PLEASE TAKE NOTICE** that a hearing will be held before the Honorable

James L. Garrity, Jr., United States Bankruptcy Judge, on **July 21, 2020 at 11:00 a.m. (EST)** at

the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy</u>

Court"), One Bowling Green, New York, New York 10004, or as soon thereafter as counsel can be heard, to consider the attached *Various Defendants' Motion to Dismiss Dalia Genger's Amended Complaint* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with paper copies delivered to Bankruptcy Judge Garrity's Chambers, and served upon:  (i) Togut, Segal & Segal LLP, attorneys for Arie Genger, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Frank A. Oswald, Esq. and Jared C. Borriello, Esq. (frankoswald@teamtogut.com and jborriello@teamtogut.com);  (ii) Law Office of Ira Daniel Tokayer, attorney for Dalia Genger, 420 Lexington Avenue, Suite 2400, New York, NY 10171, Attn:  Ira Daniel Tokayer, Esq. (imtoke@mindspring.com);  (iii) Tarter Krinsky & Drogin LLP, attorneys for the Chapter 7 Trustee, 1350 Broadway, 11th Floor, New York, NY, Attn: Deborah J. Piazza, Esq. and Rocco A. Cavaliere, Esq. (dpiazza@tarterkrinsky.com and rcavaliere@tarterkrinsky.com);  (iv) Reitler Kailas & Rosenblatt LLC, attorneys for Debtor Orly Genger, 885 Third Avenue, 20th Floor, New York, NY 10022, Attn: Yann Geron, Esq. and Julie B. Wlodinguer, Esq. (ygeron@reitlerlaw.com and jwlodinguer@reitlerlaw.com);  (v) Hughes Hubbard & Reed LLP, Attorneys for Arnold Broser, David Broser, ADBG LLC, and TEDCO, Inc., One Battery Park Plaza, New York, NY 10004, Attn: Christopher Gartman, Esq. and Christopher K. Kiplok, Esq. (chris.gartman@hugheshubbard.com and chris.kiplok@hugheshubbard.com); and (vi) any parties required to be served under any applicable Bankruptcy Rule or Local Rule, so that they are actually received by the aforementioned parties not later than **4:00 p.m. (EST) on July 14, 2020** (the "Objection Deadline").  Responses or objections not timely served and filed may not considered by the Court.

2

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion may be adjourned from time to time, without further written notice to any party.

Dated:   New York, New York
         June 25, 2020

>                     ARIE GENGER
>                     By His Attorneys,
>                     TOGUT, SEGAL & SEGAL LLP
>                     By:
>
>                     */s/ Frank A. Oswald*
>                     FRANK A. OSWALD
>                     JARED C. BORRIELLO
>                     TOGUT, SEGAL & SEGAL LLP
>                     One Penn Plaza, Suite 3335
>                     New York, New York 10119
>                     (212) 594-5000