**EXHIBIT 18**

EFiled: Mar 29 2013 02:27PM EDT
Filing ID 51391645
Transaction ID 51405067
Case No. 6697-CS

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

ARIE GENGER,

    Defendant Below/Appellant,

        v.

TR INVESTORS, LLC, GLENCLOVA
INVESTMENT CO., NEW TR EQUITY I,
LLC, NEW TR EQUITY II, LLC, and
TRANS-RESOURCES, INC.,

    Plaintiffs Below/Appellees.

No. _____, 2013

On Appeal from the Court of
Chancery C.A. No. 6697-CS

### NOTICE OF APPEAL

To:    Thomas J. Allingham, II, Esquire
      Anthony W. Clark, Esquire
      Skadden, Arps, Slate, Meagher & Flom
      One Rodney Square
      P.O. Box 636
      Wilmington, DE 19899

PLEASE TAKE NOTICE that Arie Genger, Defendant Below-Appellant, does hereby appeal to the Supreme Court of the State of Delaware from the following opinions and orders of the Delaware Court of Chancery by the Honorable Leo E. Strine, Jr., in Civil Action No. 6697-CS:

1. The August 30, 2012 Bench Ruling, a transcript of which is attached hereto as Exhibit A;

2. The September 10, 2012 Order, a copy of which is attached hereto as Exhibit B;

3. The February 18, 2013 Memorandum Opinion, a copy of which is attached hereto as Exhibit C; and

4. The March 1, 2013 Final Judgment Order, a copy of which is attached hereto as Exhibit D.

The parties against whom the appeal is taken are Plaintiffs Below-Appellees TR

Investors, LLC, Glenclova Investment Co., New TR Equity I, LLC, New TR Equity II, LLC, and

Trans-Resources, Inc.  The names and addresses of the attorneys for Plaintiffs Below-Appellees

are:

> Thomas J. Allingham, II, Esquire
> Anthony W. Clark, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899

PLEASE TAKE FURTHER NOTICE that in accordance with Supreme Court Rules

7(c)(6) and 9(e)(ii) Defendant Below-Appellee hereby designates as the record on appeal the full

record below and states that no transcript need be ordered as the proceedings below have been

fully transcribed and are part of the record.

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:  /s/ Stephen P. Lamb
       Stephen P. Lamb (No. 2053)
       Meghan M. Dougherty (No. 4787)
       Laura C. Bower (No. 5562)
       Justin A. Shuler (No. 5715)
       500 Delaware Avenue, Suite 200
       Post Office Box 32
       Wilmington, DE  19899-0032
       (302) 655-4410 phone
       (302) 655-4420 fax

OF COUNSEL:
Eric Alan Stone
Jaren Janghorbani
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

*Attorney for Defendant
Below/Appellant*

Date:  March 29, 2013

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2013, a copy of the foregoing **Notice of Appeal** was

electronically served via File & Serve*Xpress* on the following counsel of record:

> Thomas J. Allingham, II, Esquire
> Anthony W. Clark, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899

/s/ *Stephen P. Lamb*
Stephen P. Lamb (No. 2053)
