**EXHIBIT 20**

**EMMET, MARVIN & MARTIN, LLP**
Beth C. Khinchuk
120 Broadway
New York, NY 10271
(212) 238-3000 (Telephone)
(212) 238-3100 (Facsimile)

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:**<br><br>**ORLY GENGER,**<br><br>                     **Debtor.** | **Chapter 7**<br><br>**Case No: 19-13895-jlg** |
| **DALIA GENGER,**<br><br>                     **Plaintiff,**<br><br>   v.<br><br>**ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,**<br><br>                     **Defendants.** | **Adv No: 20-1010** |

**CERTIFICATE OF SERVICE**

BETH C. KHINCHUK, of full age, hereby certifies and states:

I am an associate at Emmet, Marvin & Martin, LLP.

1.  Pursuant to FRCP 4 made applicable to these proceedings under FRBP 7004, on April 20, 2020, I served copies of Dalia Genger's Complaint Seeking a Declaratory Judgment and the Imposition of a Constructive Trust for the Benefit of Dalia Genger and the corresponding Summons by first-class mail upon the following parties at the following addresses:

> a) Michael Bowen
> C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019
>
> b) Michael Bowen
> 263 Pelhamdale Ave, Pelham, NY 10803
>
> c) Eric Herschmann
> C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019
>
> d) Eric Herschmann
> 210 Lavaca St #1903, Austin, TX 78701
>
> e) Orly Genger
> 210 Lavaca St #1903, Austin, TX 78701
>
> f) Yann Geron
> Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, NY 10022
>
> g) Rocco A. Cavaliere
> Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018
>
> h) Deborah J. Piazza
> Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

2

i) Deborah J. Piazza
44 Rowe Pl, New Hyde Park, NY 11040

j) Arie Genger
17001 Collins Ave., Sunny Isles Beach, FL 33160

k) David Broser
60 Harbor Ln, Roslyn, NY 11576

l) Arnold Broser
5371 Fisher Island Dr., Miami, FL 33109

m) Genger Litigation Trust
C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

n) ADBG LLC
C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

o) ADBG LLC
C/O Arnold Broser, 5371 Fisher Island Dr., Miami, Fl 33109

p) ADBG LLC
251 Little Falls Drive, Wilmington, DE 19808

q) TEDCO, INC
C/O Arnold Broser, 5371 Fisher Island Dr., Miami, FL 33109

r) TEDCO, INC
C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

s) TEDCO, INC.
251 Little Falls Drive, Wilmington, DE 19808

t) Genger Litigation Trust
C/O Lance Harris, Stein & Harris, 1211 Avenue of the Americas, New York, NY 10036

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                 /s/ Beth Khinchuk  
                                                                                 BETH C. KHINCHUK

DATED: April 20, 2020

**EMMET, MARVIN & MARTIN, LLP**
Beth C. Khinchuk
120 Broadway
New York, NY 10271
(212) 238-3000 (Telephone)
(212) 238-3100 (Facsimile)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:**<br><br>**ORLY GENGER,**<br><br>                    Debtor. | **Chapter 7**<br><br>**Case No: 19-13895-jlg** |
| **DALIA GENGER,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,**<br><br>                    Defendants. | **Adv No: 20-1010** |

**CERTIFICATE OF SERVICE**

BETH C. KHINCHUK, of full age, hereby certifies and states:

I am an associate at Emmet, Marvin & Martin, LLP.

1.  Pursuant to FRCP 4 made applicable to these proceedings under FRBP 7004, on May 11, 2020, I served copies of Dalia Genger's Complaint Seeking a Declaratory Judgment and the Imposition of a Constructive Trust for the Benefit of Dalia Genger and the corresponding Second Summons and Notice of Pretrial Conference by first-class mail upon the following parties at the following addresses:

   a) Michael Bowen
      C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019

   b) Michael Bowen
      263 Pelhamdale Ave, Pelham, NY 10803

   c) Eric Herschmann
      C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019

   d) Eric Herschmann
      210 Lavaca St #1903, Austin, TX 78701

   e) Orly Genger
      210 Lavaca St #1903, Austin, TX 78701

   f) Yann Geron
      Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, NY 10022

   g) Rocco A. Cavaliere
      Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

   h) Deborah J. Piazza
      Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

2

    i) Deborah J. Piazza
        44 Rowe Pl, New Hyde Park, NY 11040

    j) Arie Genger
        17001 Collins Ave., Sunny Isles Beach, FL 33160

    k) David Broser
        60 Harbor Ln, Roslyn, NY 11576

    l) Arnold Broser
        5371 Fisher Island Dr., Miami, FL 33109

    m) Genger Litigation Trust
        C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

    n) ADBG LLC
        C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

    o) ADBG LLC
        C/O Arnold Broser, 5371 Fisher Island Dr., Miami, Fl 33109

    p) ADBG LLC
        251 Little Falls Drive, Wilmington, DE 19808

    q) TEDCO, INC
        C/O Arnold Broser, 5371 Fisher Island Dr., Miami, FL 33109

    r) TEDCO, INC
        C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

    s) TEDCO, INC.
        251 Little Falls Drive, Wilmington, DE 19808

    t) Genger Litigation Trust
        C/O Lance Harris, Stein & Harris, 1211 Avenue of the Americas, New York, NY 10036

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                                                                                    /s/ Beth Khinchuk
                                                                                                                                                   BETH C. KHINCHUK

DATED: May 11, 2020

**EMMET, MARVIN & MARTIN, LLP**
Beth C. Khinchuk
120 Broadway
New York, NY 10271
(212) 238-3000 (Telephone)
(212) 238-3100 (Facsimile)

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**ORLY GENGER,**<br><br>　　　　　　　　Debtor. | **Chapter 7**<br><br>**Case No: 19-13895-jlg** |
| **DALIA GENGER,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,**<br><br>　　　　　　　　Defendants. | **Adv No: 20-1010** |

### CERTIFICATE OF SERVICE

BETH C. KHINCHUK, of full age, hereby certifies and states:

I am an associate at Emmet, Marvin & Martin, LLP.

1.   Pursuant to FRCP 4 made applicable to these proceedings under FRBP 7004, on June 8, 2020, I served copies of the Amended Complaint, filed by Dalia Genger in this case on June 7, 2020, by first-class mail upon the following parties at the following addresses:

    a) Michael Bowen
        C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019

    b) Michael Bowen
        263 Pelhamdale Ave, Pelham, NY 10803

    c) Eric Herschmann
        C/O Kasowitz, Benson, Torres LLP, 1633 Broadway, New York, Ny 10019

    d) Eric Herschmann
        210 Lavaca St #1903, Austin, TX 78701

    e) Orly Genger
        210 Lavaca St #1903, Austin, TX 78701

    f) Yann Geron
        Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, NY 10022

    g) Rocco A. Cavaliere
        Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

    h) Deborah J. Piazza
        Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018

    i) Deborah J. Piazza
        44 Rowe Pl, New Hyde Park, NY 11040

j) Arie Genger
    17001 Collins Ave., Unit 1104, Sunny Isles Beach, FL 33160

k) David Broser
    60 Harbor Ln, Roslyn, NY 11576

l) Arnold Broser
    5371 Fisher Island Dr., Miami, FL 33109

m) Genger Litigation Trust
    C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

n) ADBG LLC
    C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

o) ADBG LLC
    C/O Arnold Broser, 5371 Fisher Island Dr., Miami, Fl 33109

p) ADBG LLC
    251 Little Falls Drive, Wilmington, DE 19808

q) TEDCO, INC
    C/O Arnold Broser, 5371 Fisher Island Dr., Miami, FL 33109

r) TEDCO, INC
    C/O David Broser, 60 Harbor Ln, Roslyn, Ny 11576

s) TEDCO, INC.
    251 Little Falls Drive, Wilmington, DE 19808

t) Genger Litigation Trust
    C/O Lance Harris, Stein & Harris, 1211 Avenue of the
    Americas, New York, NY 10036

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                /s/ Beth Khinchuk
                                                BETH C. KHINCHUK

DATED: June 8, 2020

4