**EXHIBIT 22**

**DOMESTIC BUSINESS CORPORATION**

**STATE OF MAINE**

**ARTICLES OF INCORPORATION**

File No. 20191053 D  Pages 2
Fee Paid $ 145
DCN  2191632220002  ARTI
-----FILED-----------------------
06/12/2019

*[signature]*

A True Copy When Attested By Signature

_____
Deputy Secretary of State

Pursuant to 13-C MRSA §202, the undersigned executes and delivers the following Articles of Incorporation:

**FIRST:** The name of the corporation is  Manhattan Safety Maine, Inc.

**SECOND:** ("X" only if applicable)

☐ This is a professional corporation**formed pursuant to 13 MRSA Chapter 22-A to provide the following professional services:

_____
(type of professional services)

**THIRD:** The Clerk is a: (select either a Commercial or Noncommercial Clerk – Person must be a Maine resident)

☐ Commercial Clerk        CRA Public Number: _____

_____
(name of commercial clerk)

☑ Noncommercial Clerk
Robin Rodriguez
_____
(name of noncommercial clerk)

15 Ledge Road, Cumberland Foreside, ME 04110
_____
(physical location, not P.O. Box – street, city, state and zip code)

_____
(mailing address if different from above)

**FOURTH:** Pursuant to 5 MRSA §108.3, the clerk as listed above has consented to serve as the clerk for this corporation.

**FIFTH:** ("X" one box only)

☑ There shall be only one class of shares. The number of authorized shares is  100

(Optional) Name of class: _____

☐ There shall be two or more classes or series of shares. The information required by 13-C MRSA §601 concerning each such class and series is set forth in Exhibit ____ attached hereto and made a part hereof.

Form No. MBCA-6 (1 of 2)

- 1 -

**SIXTH:** ("X" one box only)

- [✔] The corporation will have a board of directors.
- [ ] There will be no directors; the business of the Corporation will be managed by shareholders. (13-C MRSA §743)

**SEVENTH:** (For corporations with directors, each of the following provisions is optional– "X" only if applicable)

- [ ] The number of directors is limited as follows: not fewer than _____ nor more than _____ directors. (13-C MRSA §803)
- [✔] To the fullest extent permitted by 13-C MRSA §202.2.D, a director shall have no liability to the Corporation or its shareholders for money damages for an action taken or a failure to take an action as a director.
- [✔] Except as otherwise specified by contract or in its bylaws, the Corporation shall in all cases provide indemnification (including advances of expenses) to its directors and officers to the fullest extent permitted by law. (13-C MRSA §§202, 857 and 859)

**EIGHTH:** ("X" only if applicable)

- [ ] The Corporation elects to have preemptive rights as defined in 13-C MRSA §641.

**NINTH:** ("X" only if applicable)

- [ ] Additional provisions of these Articles of Incorporation are set forth in Exhibit ___ attached hereto and made a part hereof. (13-C MRSA §202)

**TENTH:** Name and address of each Incorporator is set forth below or on Exhibit ___ attached hereto.

| Robin Rodriguez | 15 Ledge Road |
|---|---|
| (type or print name of incorporator) | (street or mailing address) |
| | Cumberland Foreside, ME 04110 |
| | (city, state and zip code) |
| (type or print name of incorporator) | (street or mailing address) |
| | (city, state and zip code) |

Dated June 12, 2019

*By /s/ Robin Rodriguez
(signature of authorized person)

Robin Rodriguez, President
(type or print name and capacity)

---

**The professional corporation name must contain one of the following: "chartered," "professional corporation," "professional association" or "service corporation" or the abbreviation "P.C.," "P.A." or "S.C.". Examples of professional service corporations are accountants, attorneys, chiropractors, dentists, registered nurses and veterinarians. (This is not an inclusive list – see 13 MRSA §723.7.)

*These articles must be dated and executed pursuant to 13-C MRSA §121.5. By the chair of the board of directors; by an officer; by an incorporator; by a fiduciary; or by the clerk of the corporation.

Please remit your payment made payable to the Maine Secretary of State.

Submit completed form to:  Secretary of State
Division of Corporations, UCC and Commissions
101 State House Station, Augusta, ME 04333-0101
Telephone Inquiries: (207) 624-7752    Email Inquiries: CEC.Corporations@Maine.gov

Form No. MBCA-6 (2 of 2) Rev. 12/11/2017

- 2 -

Sun Aug 18 2019 08:36:29
REIMSWG_000166



# STATE OF ARKANSAS

## SECRETARY OF STATE

### John Thurston
ARKANSAS SECRETARY OF STATE

To All to Whom These Presents Shall Come, Greetings:

I, John Thurston, Arkansas Secretary of State of Arkansas, do hereby certify that the following and hereto attached instrument of writing is a true and perfect copy of

## Articles of Incorporation

of

## RECOVERY EFFORT INC.

filed in this office
June 04, 2019

**In Testimony Whereof**, I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 4th day of June 2019.

*John Thurston*
John Thurston
Secretary of State

Online Certificate Authorization Code: 2397285cf6f0387fbd7
To verify the Authorization Code, visit sos.arkansas.gov



REIMSM_000169

20-01010-ilg Doc 13-22 Filed 06/25/20 Entered 06/25/20 23:33:41 Exhibit 22 Pg 5 of 5

FILED - Arkansas Secretary of State - John Thurston - Doc#: 11930000001 - Filing#: 811200507 - Filed On: 6/4/2019 - Page(s): 1

# Articles of Incorporation

| Filing Information | |
|---|---|
| **Filing Act:** | 958 of 1987 |
| **Entity Name:** | RECOVERY EFFORT INC. |
| **File Date:** | 2019-06-04 15:30:59 |
| **Effective Date:** | 2019-06-04 |
| **Filing Signature:** | AMANDA J. BEREN |
| **Signature Title:** | IncorporatorOrganizer |
| **Stock Nonstock:** | Stock |

**Primary Purpose:**
The purpose for which this corporation is organized:

1. The primary purpose of the Corporation shall be: **Business Investment**
2. To conduct any business enterprise not contrary to law.
3. To exercise all the powers enumerated in Section 4-27-302 of the Arkansas Business Corporation Act.

**Total Number of Shares:** 1,000
**Par Value:** 0.0100

### Stock Breakdown

| No. of Shares | Class | Series | Par Value Per Share |
|---|---|---|---|
| 1,000 | Common | Unknown | 0.0100 |

### Registered Agent:

| | |
|---|---|
| **Business Name:** | REGISTERED AGENTS INC. |
| **Address 1:** | 701 SOUTH ST. |
| **Address 2:** | STE 100 |
| **City:** | MOUNTAIN HOME |
| **State:** | AR |
| **Zip:** | 72653 |
| **Country:** | USA |

### Officers

| | |
|---|---|
| **First Name:** | AMANDA |
| **Middle Name:** | J. |
| **Last Name:** | BEREN |
| **Title:** | Incorporator/Organizer |
| **Address 1:** | 31416 AGOURA RD., SUITE 118 |
| **City:** | WESTLAKE VILLAGE |
| **State:** | CA |
| **Zip:** | 91361 |
| **Country:** | USA |

REIMSM_000170