**EXHIBIT 23**

## ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the Orly Genger 1993 Trust, by and through its sole Trustee, DALIA GENGER, an individual residing at 200 East 65th Street, New York, NY (the "Assignor"), hereby sells and assigns to the Assignor's wholly-owned subsidiary, RECOVERY EFFORT INC., an Arkansas business with its principal address at 701 South St., Ste 100, Mountain Home, AR (the "Assignee"), and the Assignee hereby purchases and assumes from the Assignor, on the date set forth below, all right, title, and interest of the Assignor to the approximately $32.3 million in litigation proceeds accruing under a Settlement and Release Agreement, dated as of June 16, 2013, between Arie Genger, Orly Genger, Arnold Broser, David Broser and the Trump Group (the collective term for TR Investors, LLC, Glencova Investment Co., New TR Equity I, LLC, New TR Equity II, LLC, Trans-Resources, LLC, Jules Trump, Eddie Trump and Mark Hirsch) (the "2013 Settlement Agreement"), including any fees or interest, and to all claims arising out of, concerning or related to the 2013 Settlement Agreement, except that any claims against either Orly Genger or any member of the Trump Group shall not be assigned hereby, but rather shall remain the exclusive property of the Assignor.

ORLY GENGER 1993 TRUST (Assignor)

_Dalia Genger_  6/13/2019
Dalia Genger, Sole Trustee

Accepted and Agreed:

RECOVERY EFFORT INC. (Assignee)

_Dalia Genger_  6/13/2019
Dalia Genger, Sole Director

REIMSM_000157