**EXHIBIT 29**

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Petition of Dalia Genger, as Trustee of the Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees, to Turnover Property to the Orly Genger 1993 Trust

---

File No. 2008-0017E

Hon. Nora S. Anderson

NOTICE OF DISCONTINUANCE

PLEASE TAKE NOTICE that, pursuant to CPLR 3217(a)(1), the Trustee of the Orly Genger 1993 Trust (the "Trust") does hereby voluntarily discontinue the amended petition for turnover of trust property, dated April 12, 2018, and filed on April 13, 2018 (the "Petition"), without prejudice, against ARIE GENGER, ARNOLD BROSER, DAVID BROSER, only. The Petition with regard to ORLY GENGER, GLENCOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY 1, LLC, NEW TR EQUITY 11, LLC, TRANS-RESOURCES, INC., JOHN DOES 1-20 AND JANE DOES 1-20 remains pending and unaffected by this Notice.

Dated: June 20, 2019
New York, New York

_____
Judith Bachman, Esq.
The Bachman Law Firm PLLC
Attorney for Outgoing Trustee,
Dalia Genger
365 S. Main Street, 2nd Floor
New City, New York 10956
845-639-3210

_____
Spencer L. Schneider, Esq.
Spencer L. Schneider, P.C.
Attorney for Successor Trustee,
Michael Oldner
39 Broadway, 32nd Floor
New York, NY 10006
Ph: 212-267-6900

TO:   Michael Bowen, Esq.
      Andrew R. Kurland, Esq.
      Kasowitz Benson Torres LLP
      Attorneys for Respondent Orly Genger
      1633 Broadway
      New York, New York 10019

(212) 506-3306

John Boyle, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Respondents TR Entities
Four Times Square
New York, New York 10036
(212) 735-2527

Leon Friedman, Esq.
Attorney for Respondent Arie Genger
685 Third Avenue, 25th Floor
New York, New York 10017
(646) 825-4398

Mitchell D. Goldberg, Esq.
They Freyberg Law Group
Attorneys for Respondents Brosers
950 Third Avenue, 32nd Floor
New York, New York 10022
(212) 754-9000

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------
In the Matter of the Petition of Dalia Genger, as         File No. 2008-0017E
Trustee of the Orly Genger 1993 Trust, Created by
Trust Agreement Dated December 13,1993 between            Hon. Nora S. Anderson
ARIE GENGER, as Grantor, and LAWRENCE M.
SMALL and SASH A. SPENCER, as Trustees, to
Turnover Property to the Orly Genger 1993 Trust
---------------------------------------------------------------------------

## NOTICE OF VOLUNTARY DISCONTINUANCE

SPENCER L. SCHNEIDER, P.C.
Attorney for Successor Trustee
 Michael Oldner
39 Broadway, 32nd Floor
New York, NY 10006
Tel: (212) 267-2900
sschneider@slsatty.com