UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-13895-JLG |
| DALIA GENGER,<br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,<br><br>　　　　　　　　Defendants. | Adv. P. No. 20-01010 |

**AFFIDAVIT OF SERVICE OF**
**JOINDER IN MOTION TO DISMISS AMENDED COMPLAINT**

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK　）

JONATHAN GONZALES, being duly sworn, deposes and says:

　　　I am over 18 years of age, and am not a party to this action, and I reside in New York, New York. On June 26, 2020, I served by email upon each of the parties set forth on the service list annexed hereto, true and correct copies of Eric Herschmann and Michael Bowen's Joinder in Motion to Dismiss Amended Complaint brought by Dalia Genger, dated June 25, 2020, and the accompanying Declaration of Michael Paul Bowen with exhibits A through C in support of the joinder.

Dated: New York, New York
      June 26, 2020

                                        */s/ Jonathan T. Gonzales*
                                         Jonathan T. Gonzales

Sworn to before me this
26th day of June, 2020

*/s/ Andrew R. Kurland*
  NOTARY PUBLIC

2

**SERVICE LIST**

Adam Pollock, Esq.
Counsel to The Orly Genger 1993 Trust, *et al.*
Email: Adam@PollockCohen.com

Elizabeth M. Aboulafia, Esq.
Counsel to The Orly Genger 1993 Trust, *et al.*
Email: EAboulafia@Cullenllp.com

Ray Battaglia, Esq.
Counsel to Eric Herschmann
Email: rbattaglialaw@outlook.com

Jay H. Ong, Esq.
Counsel to The Orly Genger 1993 Trust
Email: jong@munsch.com

Ryan B. DeLaune, Esq.
Counsel to Suretec Insurance Company
Email: ryan.delaune@clarkhillstrasburger.com

Christopher K. Kiplok
Counsel to ADBG LLC
Email: chris.kiplok@hugheshubbard.com

Christopher Gartman
Counsel to ADBG LLC
Email: chris.gartman@hugheshubbard.com

Ira Daniel Tokayer, Esq.
Counsel to Dalia Genger and D&K GP LLC
Email: imtoke@mindspring.com

John Dellaportas, Esq.
Counsel to Sagi Genger and TPR Investment Associates
Email: jdellaportas@emmetmarvin.com

Thomas A. Pitta, Esq.
Counsel to Sagi Genger and TPR Investment Associates
Email: tpitta@emmetmarvin.com

Beth Khinchuk, Esq.
Counsel to Sagi Genger and TPR Investment Associates
Email: bkhinchuk@emmetmarvin.com

Yann Geron, Esq.
Counsel for Chapter 7 Debtor, Orly Genger
Email: ygeron@reitlerlaw.com

Julie B. Wlodinguer, Esq.
Counsel for Chapter 7 Debtor, Orly Genger
Email: jwlodinguer@reitlerlaw.com

Douglas E. Spelfogel, Esq.
Counsel to Dalia Genger
Email: dspelfogel@foley.com

Paul Labov, Esq.
Counsel to Dalia Genger
Email: plabov@foley.com

Sabrina L. Streusand, Esq.
Counsel to Sagi Genger
Email: streusand@slollp.com

Deborah D. Williamson, Esq.
Counsel to Arie Genger
Email: dwilliamson@dykema.com

Danielle N. Rushing
Counsel to Arie Genger
Email: drushing@dykema.com

Arron Kaufman, Esq.
Counsel to Arie Genger
Email: akaufman@dykema.com

Deborah Piazza
Chapter 7 Trustee
Email: dpiazza@tarterkrinsky.com

Rocco A. Cavaliere, Esq.
Counsel to the Chapter 7 Trustee
Email: rcavaliere@tarterkrinsky.com

Michael Sullivan
Counsel to Zeichner Ellman & Krause LLP and Yoav M. Griver
Email: msullivan@sullivanlaw.com

4

Edward Spiro
Counsel to Wachtel Missry LLP and William B. Wachtel
Email: ESpiro@maglaw.com

Natalie Bedoya McGinn
Counsel to Arie Genger
Email: nmcginn@gsgpa.com

Gerald Greenberg
Counsel to Arie Genger
Email: GGreenberg@gsgpa.com