**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re:                                    :        Chapter 7
                                          :
ORLY GENGER,                              :        Case No. 19-13895 (JLG)
                                          :
                    Debtor.               :
                                          :
------------------------------------------------------------x
DALIA GENGER,                             :
                                          :
                    Plaintiff,            :
v.                                        :        Adv. Pro. No. 20-01010 (JLG)
                                          :
ORLY GENGER, MICHAEL BOWEN, ARIE          :
GENGER, ARNOLD BROSER, DAVID              :
BROSER, ERIC HERSCHMANN, THE              :
GENGER LITIGATION TRUST, ADBG LLC,        :
TEDCO INC., and DEBORAH PIAZZA as         :
Chapter 7 Trustee,                        :
                                          :
Defendants.                               :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Heather Montgomery, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the noticing agent for the Chapter 7 Trustee in the above-captioned case.

On June 25, 2020, at my direction and under my supervision, employees of KCC caused to be served the following documents via electronic mail upon the service list attached hereto as **Exhibit A**; and on June 26, 2020, via first class mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Appearance and Request for Service of Notices and Other Documents** [Docket No. 10];

- **Notice of Hearing to Consider Various Defendants' Motion to Dismiss Dalia Genger's Amended Complaint** [Docket No. 12] and

- **Declaration of Jared C. Borriello in Support of Various Defendants' Motion to Dismiss Dalia Genger's Amended Complaint** [Docket No. 13].

Dated:  July 7, 2020

/s/ Heather Montgomery
Heather Montgomery
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**EXHIBIT A**

**Served via Electronic Mail**

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel to Dalia Genger | Emmet, Marvin & Martin, LLP | Thomas A. Pitta | tpitta@emmetmarvin.com |
| Counsel to Dalia Genger | Emmet, Marvin & Martin, LLP | John Dellaportas | jdellaportas@emmetmarvin.com |
| Counsel to Dalia Genger | Emmet, Marvin & Martin, LLP | Beth Claire Khinchuk | bkhinchuk@emmetmarvin.com |
| Counsel to Arnold Broser, David Broser, ADBG LLC, and Tedco, Inc. | Hughes, Hubbard & Reed LLP | Christopher K. Kiplok | chris.kiplok@hugheshubbard.com |
| Counsel to Arnold Broser, David Broser, ADBG LLC, and Tedco, Inc. | Hughes, Hubbard & Reed LLP | Christopher Gartman | chris.gartman@hugheshubbard.com |
| Michael Bowen | c/o Kasowitz Benson Torres LLP | Michael Bowen | mbowen@kasowitz.com |
| Eric Herschmann | c/o Kasowitz Benson Torres LLP | Eric Herschmann | eherschmann@kasowitz.com |
| Counsel to Dalia Genger | Law Offices of Ira Daniel Tokayer | Ira Daniel Tokayer | imtoke@mindspring.com |
| Counsel to Orly Genger, Debtor | Reitler Kailas & Rosenblatt LLC | Yann Geron | ygeron@reitlerlaw.com |
| Counsel to Orly Genger, Debtor | Reitler Kailas & Rosenblatt LLC | Julie B. Wlodinguer | jwlodinguer@reitlerlaw.com |
| The Genger Litigation Trust | c/o Stein & Harris | Lance Harris | lance@steinharris.com |
| Chapter 7 Trustee | Tarter Krinsky & Drogin LLP | Deborah Piazza | dpiazza@tarterkrinsky.com |
| Counsel to Chapter 7 Trustee | Tarter Krinsky & Drogin LLP | Rocco A. Cavaliere | rcavaliere@tarterkrinsky.com |

# Exhibit B

**Exhibit B**
**Served via First Class  Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Bankruptcy Court Judge, Southern District of New York | Chambers of the Honorable James L. Garrity | | United States Bankruptcy Court, S.D.N.Y. | One Bowling Green | New York | NY | 10004 |
| Counsel to Dalia Genger, Plaintiff | Law Offices of Ira Daniel Tokayer | Ira Daniel Tokayer | 420 Lexington Avenue, Suite 2400 | | New York | NY | 10170 |

In re Orly Genger
Case No. 19-13895 (JLG)