```
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
In re:                                    :   Chapter 7

    ORLY GENGER,                          :   Case No. 19-10926-tmd

                    Debtor.               :

-----------------------------------------x
DALIA GENGER,                             :   Adv. P. No. 20-01010

                    Plaintiff,            :

        -against-                         :   NOTICE OF CROSS-MOTION

ORLY GENGER, MICHAEL BOWEN, ARIE          :
GENGER, ARNOLD BROSER, DAVID BROSER,
ERIC HERSCHMANN, THE GENGER LITIGATION    :
TRUST, ADBG LLC, TEDCO INC., and          :
DEBORAH PIAZZA as chapter 7 trustee,
                                          :
                    Defendants.
                                          :
-----------------------------------------x
```

PLEASE TAKE NOTICE that upon the annexed Declaration of Ira Daniel Tokayer, Esq., dated July 14, 2020, the exhibits attached thereto, the Rule 56.1 Statement of Material Fact, the accompanying Memorandum of Law, and all the papers and proceedings had herein, plaintiff, Dalia Genger, through her undersigned attorneys, will move this Court, at the Courthouse, One Bowling Green, New York, New York, on July 21, 2020, at 11:00 a.m., or as soon thereafter as counsel can be heard, pursuant to Fed. R. Civ. P. 56, for an Order granting summary judgment in favor of plaintiff on the ground that no genuine issue of fact

exists; and granting such other and further relief as to this Court may seem just and proper.

Dated:  New York, New York
        July 14 2020

                                        _____/s/_____
                                        IRA DANIEL TOKAYER, ESQ.
                                        420 Lexington Ave., Ste. 2400
                                        New York, New York 10170
                                        (212) 695-5250

                                        Paul J. Labov, Esq.
                                        FOLEY & LARDNER LLP
                                        90 Park Avenue
                                        New York, New York 10016
                                        (212) 682-7474

                                        Attorneys for Plaintiff

NOT.wpd