# EXHIBIT S

```
                                                                    2709

 1

 2   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK:   CIVIL TERM: PART - 12
 3   -------------------------------------------X
     ORLY GENGER,
 4
                                   Plaintiff
 5                                                  INDEX NUMBER:
                                                    100697/08
 6            -against-

 7   SAGI GENGER,

 8                                 Defendant
     -------------------------------------------X
 9                                 80 Centre Street
                                   New York, New York 10013
10                                 March 23, 2015

11   BEFORE:
              HONORABLE:  Barbara Jaffe, JSC
12

13   APPEARANCES:

14            Zeichner Ellman & Krause, LLP
              Attorneys for Plaintiff
15            1211 Avenue of the Americas
              New York, New York 10036
16            By:  Bryan D. Leinbach, Esq.
                 -and-
17            Kasowitz Benson Torres & Friedman, LLP
              1633 Broadway
18            New York,  New York 10019
             By:  Eric D. Herschmann, Esq.
19                Michael Paul Bowen, Esq.

20            Morgan, Lewis & Bockius, LLP
              Attorneys for the Defendant
21            101 Park Avenue
              New York, New York 10178-0060
22            By:  John Dellaportas, Esq.
                  Mary Pennisi, Esq.
23

24

25                                      Delores Hilliard
                                        Vicki K. Glover
26                                      Official Court Reporters

                        - OFFICIAL COURT REPORTER
```

1              O. Genger - Plaintiff - Direct/Herschmann
2  don't remember what year exactly, but I'm sure someone here has
3  it.  And once that was set up, I would deposit a check into
4  White Box LLC's bank account.
5       Q    Let's go back to the time when you were living in the
6  house with your parents and your brother.  Can you describe for
7  us what your relationships and interactions were like?  Let's
8  focus on the pre-potential divorce issues, and then we'll walk
9  through that, if we could.
10      A    Well, again, my brother's older than I am, seven years
11 older, so we did not -- you know, we didn't share in the same
12 social circles.  It's a four-person family.  The rest of our
13 family was in Israel, so it was just us.  ==We were -- you know,==
14 ==before everything became terrible, we were a very close family.==
15 My brother, I always viewed him as sort of a little father, and
16 I know that that's the way my parents viewed him as well.  He
17 was always there to protect me.
18      Q    When you say your parents viewed it that way as well,
19 why do you say that?
20      A    I mean, they would trust him -- if they were away, they
21 would trust him to take care of me.  He was the one that would
22 be there.
23      Q    Please continue.  So what else can you tell us about
24 what it was like growing up with the four of you?  I'm talking
25 about before there was a divorce and all those issues.
26      A    Again, we were a close family, and I don't know what