# EXHIBIT W

## (Filed Under Seal)