# EXHIBIT X

**PEDOWITZ & MEISTER, LLP**

570 LEXINGTON AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10022
212-403-7333
212-354-6614 (FAX)
www.pedowitzmeister.com

ARNOLD H. PEDOWITZ
ROBERT A. MEISTER

KAREN KRANSON
MARISA H. WARREN

JAYDE LAWSON - PARALEGAL

212.403.7330 voice
robert.meister@pedowitzmeister.com

January 31, 2014

NEW JERSEY OFFICE

285 OLD SHORT HILLS ROAD
SHORT HILLS, N.J. 07078

TPR Investment Associates, Inc.
1211 Park Avenue
C/O Sagi Genger
New York, NY 10128

TR Investors, LLC,
Glenclova Investment Co
New TR Equity I, LLC and
New TR Equity II, LLC
c/o Mark Hirsch
404 Park Avenue South
Bet. 28&29
6th Floor
New York, NY 10016
    and
c/o Robert Smith
Carmel investment Fund
TK House
Bayside Executive Park
West Bay Street and Blake Road
P.O. Box AP-59213
Nassau, Bahamas

The Orly Genger 1993 Trust
Dalia Genger, Trustee
200 East 65th Street - Apt 32W
New York, NY 10065

Orly Genger, as beneficiary of the Orly Genger Trust
1965 Broadway
New York, NY 10023

Orly Genger, as beneficiary of the Orly Genger Trust
780 Greenwich Street, Apt. 4P
New York, NY 10014

Re:    September 1, 2010 Escrow Agreement

Gentlemen and Ladies:

As Escrow Agent under the above Agreement, we write to give you notice, pursuant to the Agreement, that on January 31, 2014, we received a notice by email (copy attached) from Dalia Genger, Trustee of the Orly Genger 1993 Trust, requesting that we transfer the escrow funds to the Orly Genger 1993 Trust.

Very truly yours,

Robert A. Meister

Cc:

Harold F. McGuire Jr. Esq.
Yankwitt & McGuire, LLP
140 Grand Street, Penthouse 2
White Plains, N.Y. 10601

John Dellaportas, Esq.
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178-0600

Thomas J. Allingham II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Yoav M. Griver, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022

Yoav M. Griver, Esq.
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036

## Robert Meister

**From:** Dalia Genger <dgenger@1211park.com>
**Sent:** Friday, January 31, 2014 9:32 AM
**To:** Robert A. Meister

Dear Bob,

Please transfer the escrowed funds to the Orly Genger 1993 Trust.

1

# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

OAV M. GRIVER
(212) 826-5338
river@zeklaw.com

February 6, 2014

**BY CERTIFIED MAIL TO ALL PARTIES**
**BY CERTIFIED MAIL AND EMAIL TO ESCROW AGENT**

Dalia Genger, Trustee
200 East 65th Street — Apt. 32W
New York, NY 10065

John G. Dellaportas, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Robert A. Meister, Esq.
Pedowitz & Meister LLP
570 Lexington Avenue
New York, NY 10022

Arnold H. Pedowitz, Esq.
Pedowitz & Meister LLP
570 Lexington Avenue
New York, NY 10022

Thomas J. Allingham II, Esq.
Skadden, Arps, Slate,
  Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Smith
Carmel Investment Fund
TK House
Bayside Executive Park
West Bay Street and Blake Road
P.O. Box AP-59213
Nassau, Bahamas

Mark Hirsch, Esq.
404 Park Avenue South
6th Floor
New York, NY 10016

Orly Genger
780 Greenwich St., Apt. 4P
New York, NY 10014

TPR Investment Associates, Inc.
1211 Park Avenue
c/o Sagi Genger
New York, NY 10128

Dear Sirs/Madams:

    We represent Orly Genger. We are in receipt of Escrow Agent Pedowitz & Meister's certified letter, dated January 31, 2014, regarding Dalia Genger's purported notice to it, also dated January 31, 2014.

**ZEICHNER ELLMAN & KRAUSE LLP**

Dalia Genger, Trustee
John G. Dellaportas, Esq.
Robert A. Meister, Esq.
Arnold H. Pedowitz, Esq.
Thomas J. Allingham II, Esq.
Robert Smith
Mark Hirsch, Esq.
Orly Genger
TPR Investment Associates, Inc.
February 6, 2014
Page 2

      Pursuant to the Section 2 of the Escrow Agreement dated September 1, 2010, Orly Genger objects to any transfer or disbursement of any escrowed funds to Dalia Genger or to any trust controlled by Dalia Genger, including the Orly Genger 1993 Trust.

      Sincerely yours,

      Yoav M. Griver
      Bryan D. Leinbach
      Attorneys to Orly Genger

YMG:BDL:ca