# EXHIBIT Y

```
 1   ---------------------------------------------------
 2   IN THE UNITED STATES BANKRUPTCY COURT
 3       IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK
 4   ---------------------------------------------------
 5   In re
 6                               Case No.:19-13895-jlg
 7   ORLY GENGER,
 8
 9   Debtor
10   _____
11                             July 1, 2020
12                             10:00 a.m.
13
14
15
16         DEPOSITION OF DAVID BROSER, pursuant to
17   Order and held via Zoom before a stenotype reporter
18   and Notary Public in and of the State of New York.
19
20
21
22
23
24
25
```

```
 1   Orly Genger is a party, close quote.
 2              Do you see that?
 3        A    Yes.
 4        Q    And then you through I believe through
 5   Mr. Platco, made a motion to quash the subpoena
 6   which is right here in order to show cause, and then
 7   if we scroll down forward in support of it he put in
 8   an affidavit from you.
 9              Do you recall this affidavit?  Is
10   that your signature down there?
11        A    Yes, that is my signature.
12        Q    And that's again is Ms. Genari, who's
13   notarizing it for you, correct?
14        A    Correct.
15        Q    So, in paragraph 3 it says in the
16   subpoena, one exception is the Settlement Agreement
17   that is referenced the in schedule, however this
18   agreement is strictly confidential and therefor I
19   cannot produce it, moreover, I understand that
20   Defendant, Sagi Ganger, already has a copy of it.
21              Do you see that?
22        A    Yes.
23        Q    So when said, I have no documents called
24   for in the schedule attached to the subpoena, was
25   that truthful?
```

```
 1              MR. GARTMAN:  Objection to form.
 2      A       It's what my attorney, my attorneys, gave
 3  me to sign.
 4      Q       Okay.  And you understand if your
 5  attorneys gives you an affidavit to sign under oath
 6  you have an obligation to review it to make sure
 7  it's truthful before you sign it?
 8              MR. GARTMAN:  Objection to form.
 9      A       I don't know the context of anything
10  except this one piece of paper.  I think there are
11  other things back and forth.
12              MR. DELLAPORTAS:  Okay.  Mr. Gartman, with
13          regard to Mr. Broser in his individual capacity
14          we have no further questions at this time
15          unless, and will not have any more, unless the
16          Court should give us some guidance on the scope
17          of the common interest privilege such that
18          additional materials become available to us
19          pursuant to this ruling.
20              With regards to ADBG, LLC, and the Genger
21          Litigation Trust, we don't believe that based
22          on the answers and the preparation that
23          Mr. David Broser was a qualified rule 30b6
24          witness on many of the key topics which he was
25          asked to testify, so we reserve our right to
```