# EXHIBIT Z

# In the Matter Of:

## SAGI GENGER vs ORLY GENGER

Civil Action No. 1:17cv8181

## DAVID BROSER

*May 01, 2019*



CONFIDENTIAL    BROSER_19.13985_E_000401

```
 1                      D. BROSER
 2      A.   Correct.
 3           MR. DELLAPORTAS:  I would like to mark,
 4      as Broser Supplemental 4, a document entitled
 5      ten million dollar Credit Agreement between
 6      Arie Genger, as borrower, and ADBG LLC, as
 7      lender.
 8           (Document was marked as Broser
 9           Supplemental 4 for identification, as of
10           this date.)
11      Q.   I just want to make sure this is the
12 original loan agreement -- it is called a Credit
13 Agreement -- to which you were referring to earlier.
14      A.   Yes, I believe so.
15      Q.   The 21 point whatever million, did you
16 have an understanding as to whether that just went
17 for Arie's fees or whether Arie used some of it for
18 Orly's fees or both or neither?
19      A.   I think part of it was to pay for Orly's
20 fees also.
21      Q.   Do you have a sense of the breakdown
22 between the two?
23      A.   No.
24      Q.   Arie did not share that detail with you?
25      A.   It's not like he -- I probably, if I kept
```

