

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Rocco A. Cavaliere, Partner
Email: rcavaliere@tarterkrinsky.com
Phone: (212) 216-1141

July 17, 2020

**BY ECF**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    Dalia Genger v. Orly Genger, et al.,
                  Adv. Pro. No. 20-01010

                 In re Orly Genger
                 Chapter 7 Case No. 19-13895

Dear Judge Garrity:

       This firm is counsel to Deborah J. Piazza, in her capacity as successor chapter 7 trustee (the "Trustee") of the above-referenced Debtor's estate.

       The Trustee joins in the letter submitted by various defendants in response to Plaintiff Dalia Genger's procedurally improper "cross-motion" for summary judgment that Dalia filed two days ago and noticed for the upcoming July 21 hearing on the motions to dismiss filed by the various defendants in the above-referenced adversary.

       The request for summary judgment is obviously improper under the Bankruptcy Rules. The Trustee fully expects that Plaintiff will now try to argue that in light of the request for summary judgment, the upcoming hearing on the Motion to Dismiss, which is ripe for adjudication, should be adjourned. Such gamesmanship is simply not appropriate and the

Honorable James L. Garrity
July 17, 2020
Page 2 of 2

Trustee respectfully requests that the Court deny any request for summary judgment and keep on the schedule the upcoming hearing on the motions to dismiss.

The Trustee looks forward to today's 2:00 p.m. conference to address this issue.

    Respectfully submitted,

    /s/Rocco A. Cavaliere

    Rocco A. Cavaliere

To: All Counsel of Record by Email and ECF

{Client/086201/1/02141807.DOCX;1 }