UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ORLY GENGER,<br><br>         Debtor. | Chapter 7<br><br>Case No. 19-13895 (JLG) |
| DALIA GENGER,<br><br>    Plaintiff<br><br>ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA, as Chapter 7 Trustee,<br><br>    Defendants. | Adv. Pro. No. 20-01010 (JLG) |

**DECLARATION OF JARED C. BORRIELLO IN SUPPORT
OF VARIOUS DEFENDANTS' REPLY AND OPPOSITION TO
PLAINTIFF DALIA GENGER'S MEMORANDUM OF LAW (A) IN
OPPOSITION TO MOTIONS TO DISMISS AMENDED COMPLAINT
AND (B) IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Jared C. Borriello, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am associated with the law firm of Togut, Segal & Segal LLP, counsel to defendant Arie Genger.

2. I respectfully submit this Declaration in support of the Various Defendants' Reply And Opposition to Plaintiff Dalia Genger's Memorandum of Law in Opposition to Motions to Dismiss Amended Complaint and in Support of Cross-Motion for Summary Judgment.

3. Attached as **Exhibit 1** hereto is a true and correct copy of the February 20, 2015 Affidavit of Dalia Genger, filed in New York State Supreme Court matter number 651089/2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 17, 2020
                  New York, New York

        /s/ Jared C. Borriello
        JARED C. BORRIELLO
        TOGUT, SEGAL & SEGAL LLP
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system was served on July 17, 2020 by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

       /s/ Jared C. Borriello
       JARED C. BORRIELLO