TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Jared C. Borriello

*Attorneys for Arie Genger*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 7
                                                              :
ORLY GENGER,                                                  :    Case No. 19-13895 (JLG)
                                                              :
                Debtor.                                       :
                                                              :
---------------------------------------------------------------X
                                                              :
DALIA GENGER,                                                 :
                                                              :
                Plaintiff,                                    :
        v.                                                    :    Adv. Pro. No. 20-01010 (JLG)
                                                              :
ORLY GENGER, MICHAEL BOWEN, ARIE                              :
GENGER, ARNOLD BROSER, DAVID                                  :
BROSER, ERIC HERSCHMANN, THE                                  :
GENGER LITIGATION TRUST, ADBG LLC,                            :
TEDCO INC., and DEBORAH PIAZZA as                             :
Chapter 7 Trustee,                                            :
                                                              :
                Defendants.                                   :
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE OF (I) VARIOUS
DEFENDANTS' REPLY AND OPPOSITION TO PLAINTIFF
DALIA GENGER'S MEMORANDUM OF LAW (A) IN
OPPOSITION TO MOTIONS TO DISMISS AMENDED COMPLAINT
AND (B) IN SUPPORT OF CROSS-MOTION FOR SUMMARY
JUDGMENT, AND (II) DECLARATION OF JARED C. BORRIELLO IN
SUPPORT OF VARIOUS DEFENDANTS' REPLY AND OPPOSITION
TO PLAINTIFF DALIA GENGER'S MEMORANDUM OF LAW (A)
IN OPPOSITION TO MOTIONS TO DISMISS AMENDED COMPLAINT
AND (B) IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

On July 18, 2020, I caused true and accurate copies of the (i) *Various Defendants' Reply and Opposition to Plaintiff Dalia Genger's Memorandum of Law (A) In Opposition to Motions to Dismiss Amended Complaint and (B) In Support of Cross-Motion for Summary Judgment* [Docket No. 28], which replaces Docket No. 26; and (ii) *Declaration of Jared C. Borriello in Support of Various Defendants' Reply and Opposition to Plaintiff Dalia Genger's Memorandum of Law (A) In Opposition to Motions to Dismiss Amended Complaint and (B) In Support of Cross-Motion for Summary Judgment*, [Docket No. 29], which replaces Docket No. 27, together with its exhibit, to be served upon each of the parties set forth on the service list annexed hereto email.

/s/ Jared C. Borriello
JARED C. BORRIELLO

# SERVICE LIST

*By Email*

| Recipient | Email |
|---|---|
| Reitler Kailas & Rosenblatt LLC<br>*Counsel to Orly Genger, Debtor*<br>Attn: Yann Geron, Esq.<br>Julie B. Wlodinguer, Esq.<br>Nicole N. Santucci, Esq. | ygeron@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com<br>nsantucci@reitlerlaw.com |
| Pollock Cohen LLP<br>*Counsel to The Orly Genger 1993 Trust*<br>Attn: Adam Pollock, Esq. | Adam@PollockCohen.com |
| Tarter Krinsky & Drogin LLP<br>*Chapter 7 Trustee*<br>Attn: Deborah Piazza, Esq.<br>Rocco A. Cavaliere, Esq. | dpiazza@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com |
| Cullen & Dykman LLP<br>*Counsel to The Orly Genger 1993 Trust*<br>Attn: Elizabeth Aboulafia, Esq. | eaboulafia@cullenllp.com |
| Hughes, Hubbard & Reed LLP<br>*Counsel to ADBG LLC*<br>Attn: Christopher K. Kiplok<br>Christopher Gartman | chris.kiplok@hugheshubbard.com<br>chris.gartman@hugheshubbard.com |
| Law Offices of Ira Daniel Tokayer<br>*Counsel to Dalia Genger*<br>Attn: Ira Daniel Tokayer, Esq. | imtoke@mindspring.com |
| Emmet, Marvin & Martin, LLP<br>*Counsel to Sagi Genger and TPR Investment Associates, Inc.*<br>Attn: Thomas A. Pitta, Esq | tpitta@emmetmarvin.com<br>jdellaportas@emmetmarvin.com<br>bkhinchuk@emmetmarvin.com |
| Foley & Lardner LLP<br>*Counsel to Dalia Genger*<br>Attn: Douglas E. Spelfogel, Esq.<br>Paul Labov, Esq. | dspelfogel@foley.com<br>plabov@foley.com |
| Stein & Harris<br>*Attorneys for The Genger Litigation Trust*<br>Attn: Lance Harris, Esq. | lance@steinharris.com |
| Kasowitz Benson Torres LLP<br>Attn: Eric Herschmann, Esq.<br>Michael Bowen, Esq.<br>Andrew R. Kurland, Esq. | EHerschmann@kasowitz.com<br>MBowen@kasowitz.com<br>AKurland@kasowitz.com |