

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
LOS ANGELES, CA
COSTA MESA, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700
FACSIMILE: 212/561 7777

**LOS ANGELES**
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910
FACSIMILE: 310/201 0760

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE:** 714/384 4750
FACSIMILE: 714/384 4751

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

Paul J. Labov

July 22, 2020

212.561.7783
plabov@pszjlaw.com

**VIA ECF and EMAIL**

The Honorable James L. Garrity
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:   *In re Orly Genger, Case No. 19-13895-jlg /*
           *Adversary Proceeding No. 20-01010-jlg*
           *Motion to Dismiss Amended Complaint*

Dear Judge Garrity,

      This firm represents Dalia Genger ("Dalia") in connection with the above referenced chapter 7 case and related adversary proceeding. In connection with the Trustee and various parties' motions to dismiss Dalia's amended complaint, and our opposition thereto, we would like to add to the record in this case the Debtor's affidavit (the "Affidavit") submitted in the action indexed at 14-cv-5683 (KBF) before Judge Forrest ("Genger I"). The Affidavit is found at Dkt. No. 35 on the Genger I docket.

      Also, with Your Honor's permission, we are requesting leave to submit a short explanation of the Affidavit's relevance to the pending motions to dismiss and our opposition.

      We thank the Court for its consideration.

                        Respectfully submitted,

                        */s/ Paul Labov*

                        Paul J. Labov
                        Pachulski Stang Ziehl & Jones LLP

PJL/lsc

DOCS_NY:40858.1 30398/001



July 22, 2020
Page 2

cc:   All counsel of record by ECF