**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 7
                                            :
ORLY GENGER,                                :    Case No. 19-13895 (JLG)
                                            :
                        Debtor.             :
                                            :
---------------------------------------------------------------x
DALIA GENGER,                               :
                                            :
                        Plaintiff,          :
v.                                          :    Adv. Pro. No. 20-01010 (JLG)
                                            :
ORLY GENGER, MICHAEL BOWEN, ARIE            :
GENGER, ARNOLD BROSER, DAVID                :
BROSER, ERIC HERSCHMANN, THE                :
GENGER LITIGATION TRUST, ADBG LLC,          :
TEDCO INC., and DEBORAH PIAZZA as           :
Chapter 7 Trustee,                          :
                                            :
                        Defendants.         :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Heather Montgomery, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the noticing agent for the Chapter 7 Trustee in the above-captioned case.

On July 17, 2020, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and on July 18, 2020 via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Various Defendants' Reply and Opposition to Plaintiff Dalia Genger's Memorandum of Law (A) In Opposition to Motions to Dismiss Amended Complaint and (B) In Support of Cross-Motion for Summary Judgment** [Docket No. 26]; and

- 2 -

- **Declaration of Jared C. Borriello in Support of Various Defendants' Reply and Opposition to Plaintiff Dalia Genger's Memorandum of Law (A) In Opposition to Motions to Dismiss Amended Complaint and (B) In Support of Cross-Motion for Summary Judgment** [Docket No. 27].

Dated: July 23, 2020

/s/ Heather Montgomery
Heather Montgomery
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | Company | Contact | Email |
|---|---|---|---|
| Eric Herschmann | c/o Kasowitz Benson Torres LLP | Eric Herschmann | eherschmann@kasowitz.com |
| Michael Bowen | c/o Kasowitz Benson Torres LLP | Michael Bowen | mbowen@kasowitz.com |
| The Genger Litigation Trust | c/o Stein & Harris | Lance Harris | lance@steinharris.com |
| Counsel to Dalia Genger | Emmet, Marvin & Martin, LLP | Beth Claire Khinchuk | bkhinchuk@emmetmarvin.com |
| Counsel to Dalia Genger | Emmet, Marvin & Martin, LLP | John Dellaportas | jdellaportas@emmetmarvin.com |
| Counsel to Dalia Genger | Emmet, Marvin & Martin, LLP | Thomas A. Pitta | tpitta@emmetmarvin.com |
| Counsel to Arnold Broser, David Broser, ADBG LLC, and Tedco, Inc. | Hughes, Hubbard & Reed LLP | Christopher Gartman | chris.gartman@hugheshubbard.com |
| Counsel to Arnold Broser, David Broser, ADBG LLC, and Tedco, Inc. | Hughes, Hubbard & Reed LLP | Christopher K. Kiplok | chris.kiplok@hugheshubbard.com |
| Counsel to Dalia Genger | Law Offices of Ira Daniel Tokayer | Ira Daniel Tokayer | imtoke@mindspring.com |
| Counsel to Orly Genger, Debtor | Reitler Kailas & Rosenblatt LLC | Julie B. Wlodinguer | jwlodinguer@reitlerlaw.com |
| Counsel to Orly Genger, Debtor | Reitler Kailas & Rosenblatt LLC | Yann Geron | ygeron@reitlerlaw.com |
| Chapter 7 Trustee | Tarter Krinsky & Drogin LLP | Deborah Piazza | dpiazza@tarterkrinsky.com |
| Counsel to Chapter 7 Trustee | Tarter Krinsky & Drogin LLP | Rocco A. Cavaliere | rcavaliere@tarterkrinsky.com |

# Exhibit B

**Exhibit B**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Dalia Genger, Plaintiff | Law Offices of Ira Daniel Tokayer | Ira Daniel Tokayer | 420 Lexington Avenue, Suite 2400 | New York | NY | 10170 |