**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| ORLY GENGER, | : | Case No. 19-13895 (JLG) |
| Debtor. | : | |

---

| | | |
|---|---|---|
| DALIA GENGER, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 20-01010 (JLG) |
| ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as Chapter 7 Trustee, | : | |
| Defendants. | : | |

---

## CERTIFICATE OF SERVICE

I, Heather Montgomery, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the noticing agent for the Chapter 7 Trustee in the above-captioned case.

On July 20, 2020, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight Mail upon the service list attached hereto as **Exhibit A**:

- **Updated Various Defendants' Reply and Opposition to Plaintiff Dalia Genger's Memorandum of Law (A) In Opposition to Motions to Dismiss Amended Complaint and (B) In Support of Cross-Motion for Summary Judgment** [Docket No. 28]

- 2 -

- **Updated Declaration of Jared C. Borriello in Support of Various Defendants' Reply and Opposition to Plaintiff Dalia Genger's Memorandum of Law (A) In Opposition to Motions to Dismiss Amended Complaint and (B) In Support of Cross-Motion for Summary Judgment** [Docket No. 29].

Dated:  July 23, 2020

                                                      /s/ Heather Montgomery
                                                      Heather Montgomery
                                                      KCC
                                                      222 N Pacific Coast Highway, Suite 300
                                                      El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Dalia Genger, Plaintiff | Law Offices of Ira Daniel Tokayer | Ira Daniel Tokayer | 420 Lexington Avenue, Suite 2400 | New York | NY | 10170 |