IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-13895-JLG |
| DALIA GENGER,<br>                Plaintiff,<br><br>-against-<br><br>ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as chapter 7 trustee,<br><br>                Defendants. | Adv. P. No. 20-01010 |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that defendants Eric Herschmann ("Herschmann") and Michael Bowen ("Bowen," and with Herschmann, "Movants") were notified by the Court that the document entitled Joinder in Motion to Dismiss Amended Complaint (ECF No. 14) was erroneously filed as a separate motion instead of a "joinder" in existing motions to dismiss, and as directed by the Court Clerk, Movants are accordingly withdrawing that filing in order to refile it as a "joinder" to the pending motions to dismiss.

Accordingly, Movants respectfully request the Court terminate the Motion filed at ECF No. 14 and treat the re-filed document as their joinder in the motions to dismiss which are pending at ECF Nos. 12 and 16.

Dated: August 4, 2020

        KASOWITZ BENSON TORRES LLP

        By: /s/ Michael Paul Bowen
            Michael Paul Bowen
        1633 Broadway
        New York, NY  10019
        (212) 506-1700
        MBowen@kasowitz.com

        *Counsel for defendant Michael Bowen*


        ERIC HERSCHMANN

        By: /s/  Eric Herschmann