**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza,*
*Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

ORLY GENGER,

        Debtor.

Chapter 7

Case No.: 19-13895 (JLG)

-------------------------------------------------------------x

DALIA GENGER,

        Plaintiff,

   -against-

ORLY GENGER, MICHAEL BOWEN,
ARIE GENGER, ARNOLD BROSER,
DAVID BROSER, ERIC HERSCHMANN,
THE GENGER LITIGATION TRUST,
ADBG LLC, TEDCO INC., and
DEBORAH PIAZZA as chapter 7 trustee,

        Defendants.

Adv. Pro. No. 20-01010 (JLG)

-------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

  PLEASE TAKE NOTICE that the hearing on the (i) Chapter 7 Trustee's Motion to Dismiss Dalia Genger's Complaint; and (ii) various other defendants' motion to dismiss in the

above-referenced adversary proceeding has been adjourned from October 8, 2020 to **November 5, 2020 at 10:00 a.m.** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable James L. Garrity at his courtroom no. 601 located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 or through Court Solutions.

Dated: New York, New York
October 1, 2020

                              **TARTER KRINSKY & DROGIN LLP**
                              *Attorneys For Deborah J. Piazza,*
                              *Chapter 7 Trustee*

                        By: /s/ Rocco A. Cavaliere
                            Rocco A. Cavaliere
                            1350 Broadway, 11th Floor
                            New York, New York 10018
                            (212) 216-8000