# EXHIBIT K

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------- X

ORLY GENGER in her individual capacity and on : 
behalf of the Orly Genger 1993 Trust (both in its :         Index No. 109749/09
individual capacity and on behalf of D & K :
Limited Partnership), :
                                Plaintiff, :              Hon. Barbara Jaffe

        -against- :                                      Part 12
 :
DALIA GENGER, SAGI GENGER, LEAH FANG, :          **JUDICIAL TRIAL**
D & K GP LLC, and TPR INVESTMENT :               **SUBPOENA**
ASSOCIATES, INC., :
                                Defendants. :

---------------------------------------------------------------- X

### The People of the State of New York

TO:    David Broser
       RDA Ventures
       104 West 40th Street, 19th Floor
       New York, New York 10018

**WE COMMAND YOU**, that all business and excuses being laid aside, you appear and

attend the trial of this action before a Special Referee, as appointed by the Special Referee Part

of the New York State Supreme Court for the County of New York, located at 80 Centre Street,

New York, New York 10013, in Room 112, at 9:30 AM on June 20, 2016, and at any recessed or

adjourned date, to give testimony in this action.

**WE FURTHER COMMAND YOU**, that all business and excuses being laid aside, you

bring with you and produce at the same time and place all documents and records in your

possession, custody, or control described on the attached Schedule A.

In the event you fail to attend the aforementioned hearing, you will be deemed guilty of

contempt of Court and liable to pay all loss and damages sustained thereby to the party

aggrieved, and forfeit one hundred fifty dollars ($150.00) in addition thereto.

Dated:     New York, New York
           June 13, 2016

                              MORGAN, LEWIS & BOCKIUS LLP

                              By:_____ */s/John Dellaportas*_____
                                        John Dellaportas
                                        Mary C. Pennisi
                              101 Park Avenue,
                              New York, New York 10178
                              (212) 309-6690
                              Email: john.dellaportas@morganlewis.com

                              *Attorneys for TPR Investment Associates, Inc. and
                              Sagi Genger*

cc: all counsel of record (by e-mail and first class mail)

### SCHEDULE A

With respect to each of the following requests, you are directed to produce documents from the time period of January 1, 2008 through Present unless otherwise indicated.

1.      All documents constituting, containing or reflecting any agreement with Orly Genger or communications with Orly Genger or financial arrangements with Orly Genger, and/or payments made to Orly Genger or any other person at her direction, including but not limited to all agreements, correspondence and other documents concerning in any way the initial Settlement Agreement, dated June 16, 2013 among Orly Genger, Arie Genger, Arnold Broser, David Broser, and Glenclova Investment Company, TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Trans-Resources, LLC, Jules Trump, Eddie Trump and Mark Hirsch.

2.      All documents concerning the funding or financing of any litigations of which Orly Genger is a party.

FILED: NEW YORK COUNTY CLERK 07/26/2016 01:34 PM
NYSCEF DOC. NO. 1176
INDEX NO. 109749/2009
RECEIVED NYSCEF: 07/26/2016

20-01010-jlg   Doc 38-12   Filed 03/15/21   Entered 03/15/21 13:53:33   Exhibit K
Pg 5 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ORLY GENGER in her individual capacity and on
behalf of the Orly Genger 1993 Trust (both in its
individual capacity and on behalf of D & K Limited
Partnership),

Index No.  109749/09

                              Plaintiff,

            - against -

DALIA GENGER, SAGI GENGER, LEAH
FANG, D&K GP LLC, and TPR INVESTMENT
ASSOCIATES, INC.,

                              Defendants.

## AFFIDAVIT OF DAVID BROSER

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK   )

I, David Broser, being duly sworn, deposes and says:

1.        I am not a party to this action.  I have no direct or indirect interest, and never had

any interest, in TPR Investment Associates, Inc., D&K Limited Partnership, Trans-Resources

Inc., any of their affiliates, or any Orly Genger entities.  For that reason, I have no information or

records concerning such entities.

2.        Defendants Sagi Genger and TPR Investment Associates, Inc.  purported to serve

a trial subpoena addressed to me in connection with this action, a copy of which is attached as

Exhibit A.

3.        I have no documents called for in the Schedule attached to the subpoena.  The one

exception is the "Settlement Agreement" that is referenced in the Schedule.  However, this

agreement is strictly confidential, and therefore I cannot produce it, and, moreover I understand

that defendant Sagi Genger already has a copy of it.

4.      Given my undisputed lack of indirect or direct involvement and lack of relevant information, there can be no valid basis to subpoena me as a trial witness at the damages inquest in this proceeding.  Further, given that the defendants have no good faith basis to issue the subject trial subpoena, I believe that it is intended only to burden and harass me, and, as such, it is invalid and should be quashed.

5.      Therefore, I respectfully request that the Court quash the subpoena forthwith.

2

_____
David Broser

Sworn before me on this _16_ day of June, 2016

_____
Notary Public

[stamp/seal]

LOUISA GENNARI
Notary Public, State of New York
No. 01GE5060794
Qualified in Queens County
Commission Expires May 28, 20_18_

## SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

**PRESENT:  Hon. BARBARA JAFFE**          **PART 12**
*Justice*

---

ORLY GENGER, *et al.*,

                    Plaintiffs,

                - v -

DALIA GENGER, *et al.*,

                    Defendants.

---

| | PAPERS NUMBERED |
|---|---|

INDEX NO.          109749/2009
MOTION DATE        _____
MOTION SEQ. NO.    055
CALENDAR NO.       _____

The following papers were read on this motion:

Order to Show Cause — Affidavits — Exhibits ...          **PAPERS NUMBERED**
                                                         NYSCEF 1205, 1175-77
Answer — Affidavits — Exhibits _____          NYSCEF 1212
Replying Affidavits _____          _____

Cross-Motion: ☐ Yes  ☐ No

        Non-party David Broser's motion, brought by order to show cause dated July 27, 2016
(NYSCEF 1205), for an order quashing the SG defendants' (Sagi Genger and TPR Investment
Associates, Inc.) judicial trial subpoena dated June 13, 2016 (NYSCEF 1177), is granted. (*See*
mot. seq. nos. 28, 38).

**MOTION/CASE IS RESPECTFULLY REFERRED TO**
_____ *J.S.C.*

**JUSTICE DATED:** _____

Dated: 8/1/16          ~~BARBARA JAFFE~~
                       BARBARA JAFFE
                       J.S.C.          *J.S.C.*

Check one: ☐ FINAL DISPOSITION  ☑ NON-FINAL DISPOSITION

Check if appropriate: ☐ DO NOT POST  ☐ REFERENCE