# EXHIBIT Z

# In the Matter Of:

## SAGI GENGER vs ORLY GENGER

Civil Action No. 1:17cv8181

# DAVID BROSER

*May 01, 2019*



```
 1              D. BROSER
 2      A.   Correct.
 3           MR. DELLAPORTAS:  I would like to mark,
 4      as Broser Supplemental 4, a document entitled
 5      ten million dollar Credit Agreement between
 6      Arie Genger, as borrower, and ADBG LLC, as
 7      lender.
 8           (Document was marked as Broser
 9           Supplemental 4 for identification, as of
10           this date.)
11      Q.   I just want to make sure this is the
12   original loan agreement -- it is called a Credit
13   Agreement -- to which you were referring to earlier.
14      A.   Yes, I believe so.
15      Q.   The 21 point whatever million, did you
16   have an understanding as to whether that just went
17   for Arie's fees or whether Arie used some of it for
18   Orly's fees or both or neither?
19      A.   I think part of it was to pay for Orly's
20   fees also.
21      Q.   Do you have a sense of the breakdown
22   between the two?
23      A.   No.
24      Q.   Arie did not share that detail with you?
25      A.   It's not like he -- I probably, if I kept
```