## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Genger v. Genger et al                           CASE NO.: 20–01010–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 0

---

### NOTICE TO ALL INTERESTED PARTIES

Please be advised that all matters scheduled for 3/19/2021 at 11:00 a.m. have been rescheduled for 3/19/2021 at 2:00 p.m.

Dated: March 18, 2021                              Vito Genna
                                                   Clerk of the Court