**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

IN RE: Genger v. Genger et al					CASE NO.: 20−01010−jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:		CHAPTER: 0

# NOTICE TO ALL INTERESTED PARTIES

Please be advised that all matters scheduled for 3/19/2021 at 11:00 a.m. have been rescheduled for 3/19/2021 at 2:00 p.m.

Dated: March 18, 2021					Vito Genna
							Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Genger,
    Plaintiff

Adv. Proc. No. 20-01010-jlg

Genger,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1      User:      Page 1 of 2
Date Rcvd: Mar 18, 2021      Form ID: 143      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| dft | + | Eric Herschmann, 210 Lavaca St., Unit 1903, Austin,, TX 78701-4582 |
| intp | + | Kurtzman Carson Consultants LLC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245-5614 |
| dft | + | Orly Genger, 210 Lavaca St., Unit 1903, Austin, TX 78701-4582 |
| 7736211 | + | Paul J. Labov, Esq., PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, New York 10017-2024 |
| 7727462 | + | Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119-3395, Attn.: Frank A. Oswald, Esq. |
| 7727463 | + | Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119-3395, Attn.: Jared C. Borriello, Esq. |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 18 2021 19:29:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 18 2021 19:28:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| dft | + | Email/Text: dpiazza@tarterkrinsky.com | Mar 18 2021 19:28:00 | Deborah J. Piazza, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ADBG LLC |
| dft | | Arie Genger |
| dft | | Arnold Broser |
| pla | | Dalia Genger |
| dft | | David Broser |
| dft | | Michael Bowen |
| dft | | Tedco Inc. |
| dft | | The Genger Litigation Trust |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 2 of 2 |
| Date Rcvd: Mar 18, 2021 | Form ID: 143 | Total Noticed: 12 |

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Gartman | on behalf of Defendant ADBG LLC gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Defendant Arnold Broser gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Defendant David Broser gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Defendant Tedco Inc. gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Frank A. Oswald | on behalf of Defendant Arie Genger frankoswald@teamtogut.com dperson@teamtogut.com;arodriguez@teamtogut.com;kscott@teamtogut.com |
| Ira Daniel Tokayer | on behalf of Plaintiff Dalia Genger imtoke@mindspring.com |
| Michael Bowen | on behalf of Defendant Michael Bowen mbowen@glennagre.com  courtnotices@kasowitz.com |
| Michael Bowen | on behalf of Defendant Eric Herschmann mbowen@glennagre.com  courtnotices@kasowitz.com |
| Paul J. Labov | on behalf of Plaintiff Dalia Genger plabov@pszjlaw.com  plabov@foley.com |
| Rocco A. Cavaliere | on behalf of Defendant Deborah J. Piazza rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com |

TOTAL: 10