UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                               :    Chapter 7
                                                     :
ORLY GENGER,                                         :
                                                     :
                           Debtor.                   :    Case No. 19-13895-JLG
---------------------------------------------------------------x
DALIA GENGER,                                        :
                                                     :
                           Plaintiff,                :
                                                     :    Ad. No.: 20-01010-jlg
        -against-                                    :
                                                     :
ORLY GENGER, MICHAEL BOWEN, ARIE GENGER,             :
ARNOLD BROSER, DAVID BROSER,                         :
ERIC HERSCHMANN, THE GENGER LITIGATION               :
TRUST, ADBG LLC, TEDCO INC., and                     :
DEBORAH PIAZZA as Chapter 7 Trustee,                 :
                                                     :
                           Defendants.               :
---------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On August 23, 2021, I caused a true and correct copy of the following document to be served via electronic mail and/or First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

➢ *Motion of Dalia Genger Pursuant to Fed. R. Bankr. P. 9023 and Local Rule 9023–1 (i) to Reconsider the Memorandum Decision and Order Granting the Chapter 7 Trustee and the Various Defendants' Motions to Dismiss Dalia Genger's Amended Complaint; (ii)*

*Granting Reargument; and (iii) Upon Reargument, Granting Leave To Replead (Doc. No. 45).*

                                          */s/ La Asia S. Canty*
                                               La Asia S. Canty

# EXHIBIT 1

**Via First Class Mail and Electronic Mail**

TARTER KRINSKY & DROGIN LLP
1350 BROADWAY, 11TH FLOOR
NEW YORK, NEW YORK 10018
DEBORAH J. PIAZZA, ESQ.
ROCCO A. CAVALIERE, ESQ.
Email: dpiazza@tarterkrinsky.com;
rcavaliere@tarterkrinsky.com

ADBG LLC
C/O HUGHES HUBBARD & REED LLP
ATTN. CHRIS GARTMAN
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
Email: chris.gartman@hugheshubbard.com

ARIE GENGER
C/O DEBORAH D. WILLIAMSON, ESQ.
DYKEMA GOSSETT PLLC
112 EAST PECAN ST #1800
SAN ANTONIO, TX 78205
Email: dwilliamson@dykema.com

ERIC HERSCHMANN
C/O LAW OFFICES OF RAYMOND BATTAGLIA
66 GRANBURG CIRCLE
SAN ANTONIO TX 78218
Email: rbattaglialaw@outlook.com

ERIC HERSCHMANN
210 LAVACA ST., UNIT 1903
AUSTIN, TX 78701
edhnotice@gmail.com

ARIE GENGER
C/O TOGUT, SEGAL & SEGAL LLP
ONE PENN PLAZA, SUITE 3335
NEW YORK, NEW YORK 10119
ATTN: FRANK A. OSWALD / BRIAN F. MOORE / JARED BORRIELLO
Email: frankoswald@teamtogut.com;
bmoore@teamtogut.com;
jborriello@teamtogut.com

KASOWITZ BENSON TORRES LLP
ATTN: ANDREW KURLAND, ESQ.
1633 BROADWAY, FLOOR 21
NEW YORK, NY 10019
Email: akurland@kasowitz.com

*Counsel to Michael Bowen, Arnold Broser, David Broser, Tedco Inc., Eric Herschmann*

MICHAEL PAUL BOWEN, ESQ.
GLENN AGRE BERGMAN & FUENTES LLP
55 HUDSON YARDS
NEW YORK, NY 10001
Email: mbowen@glennagre.com

DOCS_NY:43933.1 30398/001

**Via First Class Mail**

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET. SUITE 1006<br>NEW YORK, NEW YORK 10014<br>ATTN: RICHARD C. MORRISSEY. ESQ. | GENGER LITIGATION TRUST<br>ATTN. DAVID BROSER<br>104 WEST 40TH STREET. I9TH FLOOR<br>NEW YORK, NY 10018 |

REITLER KAILAS & ROSENBLATT LLC
885 THIRD AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10022
ATTN: YANN GERON, ESQ. / JULIE WLODINGUER. ESQ.
[Attorneys For Orly Genger]

DOCS_NY:43933.1 30398/001